*E-FILED: May 6, 2013*

1  CHRISTOPHER E. PANETTA (Bar No. 175127)
   FENTON & KELLER
2  A Professional Corporation
   2801 Monterey-Salinas Highway
3  Post Office Box 791
   Monterey, California 93942-0791
4  Telephone:    (831) 373-1241
   Facsimile:    (831) 373-7219
5  CPanetta@FentonKeller.com

6  Attorneys for Defendants
   KYOKO BLACK and KEIKO ORTIZ
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11

12  LINO FRANCISCO MANDUJANO          Case No.  CV13-1327 HRL
    RUSTRO,
13                                    STIPULATED REQUEST FOR ORDER
              Plaintiff,              EXTENDING TIME TO FILE ANSWER
14                                    TO COMPLAINT; AND ORDER
    v.
15
    KYOKO BLACK and KEIKO ORTIZ,
16
              Defendants.
17

18

19       WHEREAS, on March 25, 2013, the plaintiff, LINO FRANCISCO MANDUJANO

20  RUSTRO ("Plaintiff") filed a Complaint for Statutory Violations Under the FLSA, Unpaid

21  Wages, Penalties and Attorneys' Fees ("Complaint") against defendants KYOKO BLACK and

22  KEIKO ORTIZ (collectively "Defendants");

23       WHEREAS, Defendants were served with a copy of the Complaint on April 19, 2013;

24       IT IS HEREBY STIPULATED by and between Plaintiff through his attorney of record

25  and Defendants, through Christopher E. Panetta of Fenton and Keller, as follows:

26       1.    That Defendants were served with a copy of the Complaint on April 19, 2013;

27       2.    That Defendants' response to the Complaint is currently due on or about May 9,

28  2013;

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{CEP-285167;1}

STIPULATED REQUEST FOR ORDER
CV13-1327 HRL

1       3.    That Plaintiff agrees to extend Defendants' time to file an answer to the Complaint

2   by two (2) weeks to May 23, 2013;

3       4.    That the parties have sought no prior time modifications by Court order in this

4   case;

5       5.    That extending the time for Defendants to file a response to the Complaint will not

6   affect the schedule for this case;

7       6.    That this stipulation may be executed in counterparts and by facsimile signatures.

8   Dated: May ___, 2013

9

10  By: _____

11      Tomas E. Margain, Esq.
    Huy Tran, Esq.

12      Attorneys for Plaintiff
    LINO FRANCISCO MANDUJANO
    RUSTRO

13  Dated: May ___, 2013     Fenton & Keller

14

15  By: _____

16      Christopher E. Panetta
    Attorneys for Defendants

17      KYOKO BLACK and KEIKO ORTIZ

18                  **ORDER**

19      PURSUANT TO STIPULATION, IT IS SO ORDERED.

20

21  Dated: _May 6, 2013

22      _____
    THE HONORABLE HOWARD R. LLOYD

23      ~~UNITED STATES DISTRICT JUDGE~~
    **UNITED STATES MAGISTRATE JUDGE**

24

25

26

27

28

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{CEP-285167;1}            - 2 -            STIPULATED REQUEST FOR ORDER
                                                            CV13-1327 HRL