*E-FILED: May 6, 2013*

CHRISTOPHER E. PANETTA (Bar No. 175127)
FENTON & KELLER
A Professional Corporation
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, California  93942-0791
Telephone:      (831) 373-1241
Facsimile:       (831) 373-7219
CPanetta@FentonKeller.com

Attorneys for Defendants
KYOKO BLACK and KEIKO ORTIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINO FRANCISCO MANDUJANO RUSTRO,<br><br>Plaintiff,<br><br>v.<br><br>KYOKO BLACK and KEIKO ORTIZ,<br><br>Defendants. | Case No.  CV13-1327 HRL<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING TIME TO FILE ANSWER TO COMPLAINT; AND ORDER** |

WHEREAS, on March 25, 2013, the plaintiff, LINO FRANCISCO MANDUJANO RUSTRO ("Plaintiff") filed a Complaint for Statutory Violations Under the FLSA, Unpaid Wages, Penalties and Attorneys' Fees ("Complaint") against defendants KYOKO BLACK and KEIKO ORTIZ (collectively "Defendants");

WHEREAS, Defendants were served with a copy of the Complaint on April 19, 2013;

IT IS HEREBY STIPULATED by and between Plaintiff through his attorney of record and Defendants, through Christopher E. Panetta of Fenton and Keller, as follows:

1. That Defendants were served with a copy of the Complaint on April 19, 2013;

2. That Defendants' response to the Complaint is currently due on or about May 9, 2013;

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{CEP-285167;1}

STIPULATED REQUEST FOR ORDER
CV13-1327 HRL

3. That Plaintiff agrees to extend Defendants' time to file an answer to the Complaint by two (2) weeks to May 23, 2013;

4. That the parties have sought no prior time modifications by Court order in this case;

5. That extending the time for Defendants to file a response to the Complaint will not affect the schedule for this case;

6. That this stipulation may be executed in counterparts and by facsimile signatures.

Dated: May 3, 2013

By: _____
Tomas E. Margain, Esq.
Huy Tran, Esq.
Attorneys for Plaintiff
LINO FRANCISCO MANDUJANO RUSTRO

Dated: May 3, 2013

Fenton & Keller

By: _____
Christopher E. Panetta
Attorneys for Defendants
KYOKO BLACK and KEIKO ORTIZ

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 6, 2013

_____
THE HONORABLE HOWARD R. LLOYD
~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE