*E-Filed: December 3, 2013*

1  TOMAS E. MARGAIN, Bar No. 193555
   HUY TRAN, Bar No. 288196
2  Justice at Work Law Group
   84 W. Santa Clara St., Ste. 790
3  San Jose, CA 95113
   Tel: (408) 317-1100
4  Fax: (408) 315-0150
   Tomas@JAWLawGroup.com
5  Huy@JAWLawGroup.com

6  Attorneys for Plaintiff
   LINO FRANCISCO MANDUJANO RUSTRO
7
   CHRISTOPHER E. PANETTA (Bar No. 175127)
8  FENTON & KELLER
   A Professional Corporation
9  2801 Monterey-Salinas Highway
   Post Office Box 791
10 Monterey, California 93942-0791
   Telephone:    (831) 373-1241
11 Facsimile:    (831) 373-7219

12 Attorney for Defendants
   KYOKO BLACK and KEIKO ORTIZ
13

14                 UNITED STATES DISTRICT COURT

15          FOR NORTHERN DISTRICT OF CALIFORNIA

16                      SAN JOSE DIVISION

17

18 LINO FRANCISCO MANDUJANO RUSTRO, | Case No.: CV 13-01327 HRL

19      Plaintiff,                      | **STIPULATION AND ORDER TO
                                        | DISMISS WITH PREJUDICE;**
20      v.                             | **COURT TO RETAIN JURISDICTION
                                        | TO ENFORCE SETTLEMENT**
21 KYOKO BLACK and KEIKO ORTIZ,        | **AGREEMENT**

22      Defendants.

23

24

25

- 1 -

STIPULATION TO DISMISS WITH PREJUDICE

THE PARTIES HEREBY STIPULATE AS FOLLOWS THROUGH THEIR ATTORNEYS OF RECORD:

1.  The matter has fully settled and the parties have executed a written settlement agreement.

2.  The parties stipulate that this matter be dismissed with prejudice now.

3.  The parties request that the Court retain jurisdiction to enforce the settlement agreement in the event there is a breach for a period of approximately 30 days or to November 11, 2013.

4.  The stipulation is without prejudice to the agreement being enforced after the expiration of that date in a separate proceeding.

IT IS SO STIPULATED

FOR PLAINTIFF

DATED:    10/15/13
          ~~October 9, 2013~~                    By: _____
                                                     TOMAS MARGAIN
                                                     HUY TRAN
                                                     For Plaintiff


FOR DEFENDANTS

DATED:    10/10/13                               By: _____
                                                     CHRISTOPHER E. PANETTA
                                                     For Defendants

- 2 -

STIPULATION TO DISMISS WITH PREJUDICE

**ORDER**

Based on the stipulation of counsel and good cause shown, this matter is dismissed with prejudice. All deadlines are hereby terminated. The parties have reached a settlement through counsel. The Court retains jurisdiction to enforce the terms of settlement agreement so long as a motion is filed before ~~November 11~~ December 31, 2013. After that, this order is without prejudice with any party seeking to enforce the contract in a separate proceeding.

IT IS SO ORDERED

DATED: ___12/3/13_____

By: _____
HOWARD R. LLOYD
United States Magistrate Judge

- 3 -